PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:21-CR-507-MHC

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00013-JCM-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark Anthony Stepherson | Northern District of Georgia | Atlanta |

**NAME OF SENTENCING JUDGE**
U.S. District Judge Mark H. Cohen

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 08/30/2024 | 08/30/2027 |

**OFFENSE**
18 U.S.C. §§ 922(g)(9) and 924 (a)(2) Possession of a Firearm following Misdemeanor Crime of Domestic Violence

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of Supervison and client has no intentions on returning to the sentencing district.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  Georgia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 13, 2025
*Date*

*Mark H. Cohen*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 22, 2025
*Effective Date*

*James C. Mahan*
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Mark Anthony Stepherson

Case No.:  To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

January 13, 2025

TO:     United States District Judge

On August 14, 2023, Mr. Stepherson was sentenced to ten (10) months imprisonment, followed by three (3) years of supervised release for committing the offense of Possession of a Firearm following Misdemeanor Crime of Domestic Violence. On August 20, 2024, the District of Nevada approved his supervision release plan to reside with his mother in Las Vegas, NV. On August 30, 2024, Mr. Stepherson commenced supervision in the District of Nevada.

Mr. Stepherson has continued to reside with his mother in Las Vegas, Nevada, since his release from imprisonment. It should be noted, he previously resided in the District of Nevada, before serving his term of imprisonment. Also, Mr. Stepherson has maintained stable employment throughout supervision. Currently, he does not intend to return to the Northern District of Georgia.

Mr. Stepherson has tested positive for cocaine on two (2) separate occasions, since commencing supervision. Furthermore, he has missed multiple urinalysis tests with TOMO Drug Testing. To address any additional noncompliance in a timely manner, it is respectfully requested the Court accept jurisdiction of Mr. Stepherson's case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Mark H. Cohen agreeing to relinquish jurisdiction of this case. Should the Court have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.01.14 11:36:55 -08'00'

Zachary Warner
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Mark Anthony Stepherson

Approved:

_____  Digitally signed by Steve Goldner
Date: 2025.01.13 14:02:31 -08'00'

Steve M Goldner
Supervisory United States Probation Officer