SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
 (702) 388-6214
Robert.Knief@usdoj.gov
*Attorneys for the United States*

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-0013-JCM-BNW |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE SUPERVISED RELEASE HEARING**  (First request) |
| MARK ANTHONY STEPHERSON, | |
| Defendant. | |

A hearing regarding the revocation of the defendant's supervised release is set for Monday, September 8, 2025. Government counsel has a criminal trial before Judge Gordon set to begin that same day.[1] There had been ongoing negotiations in the trial and counsel was hopeful there would be a plea. Those negotiations have not resulted in a plea, thus leaving government counsel with a scheduling conflict. Government counsel request the new date be set not less than two weeks after the from the current setting.

---

[1] *United States v. Timonthy Thurtle,* 2:24-cr-00229-APG-NJK.

Government counsel contacted defense counsel who indicated that the defense would not agree to a stipulation and opposed this request.

The additional time requested herein is not sought for purposes of delay, but rather to allow counsel for the Government to be present at the hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice. This is the first request for a continuance.

DATED: September 2, 2025.

        SIGAL CHATTAH
        Acting United States Attorney

        By /s/ Robert Knief
        ROBERT KNIEF
        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY STEPHERSON,<br><br>Defendant. | Case No. 2:25-cr-0013-JCM-BNW<br><br>**ORDER TO CONTINUE SUPERVISED RELEASE HEARING** |

## FINDINGS OF FACT

Based on the pending continuance motion by the government, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government has a scheduling conflict with a federal criminal trial.

2. Failure to grant the requested continuance would present government counsel from being present at the hearing.

3. This continuance is not sought for purposes of delay.

4. Denial of this request could result in a miscarriage of justice.

5. This is the first requested continuance.

///

///

///

3

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing date.

ORDER

IT IS ORDERED that the hearing currently scheduled for September 8, 2025, be vacated and continued to **September 24, 2025 at 10:00 a.m.**

DATED September 3, 2025.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE